

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-14-00358-CV

IN THE MATTER OF THE MARRIAGE OF
ROBERT CLINTON BOYD AND SUSAN CROSBY BOYD

On Appeal from the 137th District Court
Lubbock County, Texas
Trial Court No. 2013-506,202, Honorable Paula Lanehart, Presiding

October 13, 2014

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant, Robert Clinton Boyd, filed a notice of appeal from the trial court's May 2, 2014 Final Decree of Divorce. Susan Crosby Boyd then filed a notice of cross-appeal. By order, this Court severed Susan's cross-appeal from cause number 07-14-00211-CV, into the present cause.

On October 3, 2014, Susan filed a motion to dismiss her cross-appeal. No decision of this Court having been delivered to date, we grant the motion. Accordingly, Susan's cross-appeal is dismissed. See TEX. R. APP. P. 42.1(a)(1). As there was no contrary agreement of the parties included in Susan's motion, all costs related to this

cross-appeal are assessed against Susan.  *See* TEX. R. APP. P. 42.1(d).  If dismissal will prevent cross-appellee from seeking relief to which he would otherwise be entitled, the Court directs cross-appellee to file a timely motion for rehearing.[1]  No motion for rehearing from cross-appellant will be entertained.

Per Curiam

---

[1] As stated in the order of severance, Robert's appeal in cause number 07-14-00211-CV, remains pending and will proceed in due course.